```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 19823
    BASYL MARTYNIUK
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

          Debtor
    SSN XXX-XX-9247

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/25/07 and confirmed on 02/22/08.

    2.  The case was dismissed after confirmation, 06/06/2008.

    3.  The Debtor paid a total of $   2096.16 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AIS SERVICES | UNSECURED | 773.94 | .00 | .00 |
| ARGENT II | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 8324.57 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2629.48 | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | 456.94 | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 958.52 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 361.10 | .00 | .00 |
| T MOBILE USA | UNSECURED | 945.74 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 354.49 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 262.82 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 295.70 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 7465.42 | .00 | .00 |
| RESURGENCE FINANCIAL | UNSECURED | 10428.27 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

```
          Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 33256.99 | .00 | 33256.99 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, LEDFORD & WU              , was allowed $   3500.00 and was paid $     501.00  direct and $    1974.59  through the plan.

The Trustee received $    121.57 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE